**COM.**

v.

**TORRES, E.**

**1998 EDA 2016**

Superior Court of Pennsylvania.

8/9/2017

CP–51–CR–0015063–2010
(Philadelphia)

Vacated/Remanded

**COM.**

v.

**STOKES, T.**

**2655 EDA 2016**

Superior Court of Pennsylvania.

08/09/2017

Reargument Denied 10/20/2017

CP–51–CR–0006083–2009 (Philadelphia)

Affirmed

**WALK, G. & E.**

·v.

**WOLANSKI, J. & K.**

**1203 MDA 2016**

Superior Court of Pennsylvania.

08/09/2017

2014–3132
(Centre)

Affirmed

**STEIN, B.**

v.

**Kenny Ross TOYOTA**

**1085 WDA 2016**

Superior Court of Pennsylvania.

08/09/2017

GD 15 006504 (Allegheny)

Affirmed